UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIA GENITTI, an individual,
JOHN R. GENITTI, an individual,
5 G's INCORPORATED, a Michigan
corporation, and G&W PROPERTIES,
LLC, a Michigan limited liability company,

        Plaintiffs,

v.

Case No. 10-CV-12210
HON. GEORGE CARAM STEEH

MAIN STREET BANK, a Michigan banking
corporation, LNV Corporation, a foreign
banking association, and CLMG CORP.,
A foreign corporation,

        Defendants.
_____/

## ORDER OF DISMISSIAL WITHOUT PREJUDICE AND WITHOUT COSTS

Counsel having appeared for a Rule 16 conference on this date and the court having indicated that it declines to exercise supplemental jurisdiction over the state claims set forth in defendant LNV Corporation's counterclaims, and the parties having agreed to the entry of this order, now therefore,

This matter is dismissed in its entirety without prejudice and without costs.

SO ORDERED.

Dated: January 31, 2011

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 31, 2011, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk